1
**J. A. HORNER, et al., Plaintiffs in Error, v. UNITED STATES.**

(Circuit Court of Appeals, Eighth Circuit. January 26, 1926.)

No. 7143.

In Error to the District Court of the United States for the Western District of Oklahoma.

Lewis R. Morris and David Tant, both of Oklahoma City, Okl., for plaintiffs in error.

Leslie E. Salter, Asst. U. S. Atty., of Tulsa, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rules 23 and 24.

2
**Albert HOROWITZ and Rudolph Newschaffer, plaintiffs in error, v. UNITED STATES, defendant in error.**

(Circuit Court of Appeals, Second Circuit. May 3, 1926.)

No. 391.

In Error to the District Court of the United States for the Southern District of New York.

Leonard A. Snitkin, of New York City (Leo H. Klugherz, of New York City, of counsel), for plaintiffs in error.

Emory R. Buckner, U. S. Atty., of New York City (John M. Harlan and Robert B. Watts, Asst. U. S. Attys., both of New York City, of counsel), for the United States.

Before ROGERS, HOUGH, and MACK, Circuit Judges.

PER CURIAM. Judgment affirmed.

11 F.(2d)—64

3
**Harry H. HOSTETTER, Petitioner, v. J. Foster SYMES, U. S. District Judge, District of Colorado, Respondent.**

(Circuit Court of Appeals, Eighth Circuit. March 6, 1926.)

No. 289.

Petition for Writ of Mandamus.
See, also, 10 F.(2d) 109.

Before STONE and VAN VALKENBURGH, Circuit Judges, and WILLIAMS, District Judge.

PER CURIAM. The court has examined the response to the rule to show cause why a writ of mandamus should not issue, requiring respondent to grant a writ of error to the petitioner herein. It finds such response insufficient, and that petitioner is entitled to his writ of error, with such disposition as to the matter of bail as may seem proper to respondent, in the sound exercise of a judicial discretion. This court is of the opinion that, when the respondent is informed of the above views of the court, it will be unnecessary to make formal issuance of the writ, and the clerk is instructed to at once notify respondent of this action of the court. Unless a writ of error shall issue within ten days from the filing of this opinion, the writ of mandamus will go as prayed.

4
**Mary JENKINS v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. November 13, 1925.)

No. 4385.

In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge.

Ernest S. Bell, of Memphis, Tenn. (Thos J. Walsh, of Memphis, Tenn., on the brief), for plaintiff in error.

S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Judgment of the District Court reversed, upon authority of Bellomini v. United States (C. C. A. 6), 4 F. (2d) 104.